IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1990 (RGA) |
| | ) |
| EVENFLO COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Expert Report of David Campbell Regarding Invalidity of Certain Claims of U.S. Patent Numbers 7,862,117, 8,087,725 and 8,123,294* were caused to be served on June 2, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Bob Yoches, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>   & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Kara A. Specht, Esquire<br>R. Maxwell Mauldin, Esquire<br>Benjamin R. Schlesinger, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>   & DUNNER, LLP<br>271 17th Street NW, Suite 1400<br>Atlanta, GA  30306<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

- 2 -

Gary Ma, Esquire
FINNEGAN, HENDERSON, FARABOW, GARRETT
  & DUNNER, LLP
3300 Hillview Avenues
Palo Alto, CA  94304
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

John M. Mueller
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, OH  45202-4074
(513) 929-3400

June 2, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 2, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick, Esquire<br>Andrew C. Mayo, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Bob Yoches, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>   & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kara A. Specht, Esquire<br>R. Maxwell Mauldin, Esquire<br>Benjamin R. Schlesinger, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>   & DUNNER, LLP<br>271 17th Street NW, Suite 1400<br>Atlanta, GA  30306<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Gary Ma, Esquire<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>   & DUNNER, LLP<br>3300 Hillview Avenues<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)