IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1990-RGA |
| ) | |
| EVENFLO COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 2nd day of June, 2020, **EXPERT REPORT OF PETER J. MYERS ON INFRINGEMENT** and **EXPERT REPORT OF W. TODD SCHOETTELKOTTE RELATING TO WONDERLAND'S DAMAGES AND IRREPARABLE HARM** were served upon the below-named counsel of record at the address and in the manner indicated:

Jack B. Blumenfeld, Esquire                           VIA ELECTRONIC MAIL
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

John M. Mueller, Esquire                              VIA ELECTRONIC MAIL
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074

{01398711;v1 }

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Steven J. Balick* |
| | _____ |
| | Steven J. Balick (#2114) |
| | Andrew C. Mayo (#5207) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE  19899 |
| *Of Counsel:* | (302) 654-1888 |
| | sbalick@ashbygeddes.com |
| Gary C. Ma | amayo@ashbygeddes.com |
| FINNEGAN, HENDERSON, FARABOW, | |
|   GARRETT & DUNNER LLP | *Attorneys for Plaintiff* |
| 3300 Hillview Avenue | |
| Palo Alto, CA  94304 | |
| (650) 849-6600 | |

E. Robert Yoches
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Benjamin R. Schlesinger
Kara A. Specht
R. Maxwell Mauldin
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
271 17th Street, NW, Suite 1400
Atlanta, GA  30363-6209
(404) 653-6400

Dated:  June 3, 2020