IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WONDERLAND SWITZERLAND AG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-1990-RGA |
| | : | |
| EVENFLO COMPANY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

The Court has considered the arguments in Defendant's pending motion. (D.I. 108).

Defendant's motion for summary judgment (*id*.) is **DENIED** in part. The argument that the accused product, the EveryStage car seat, and the prior art product, the SafeGuard car seat, are the same in material respects, that the SafeGuard anticipates, and that the EveryStage does not infringe are logically inconsistent. Defendant's motion for summary judgment of non-infringement and of anticipation are denied on all grounds other than the "above" arguments (D.I. 109 at 33-34, 37), which will be argued on Monday.

Defendant's Daubert motion (D.I. 108) is **DENIED**. Leaving aside that much of the opening argument was abandoned or altered in the reply brief (*compare* D.I. 109 at 41-48 *with* D.I. 131 at 15-20), the issues raised by Defendant go to the weight of Plaintiff's expert's approach, not his qualifications, his methodology, or the fit of his analysis to the facts of this case. The issues are fodder for cross-examination, not issues that would cause the Court to exercise its gatekeeping function to exclude the testimony.

IT IS SO ORDERED this 30th day of October 2020.

/s/ Richard G. Andrews<br>United States District Judge