IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WONDERLAND SWITZERLAND AG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1990-RGA |
| ) | |
| EVENFLO COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**WONDERLAND'S NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given under Fed. R. App. P. 3 that Plaintiff Wonderland Switzerland AG ("Wonderland") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment dated September 1, 2022 (D.I. 204), and from all findings, rulings, conclusions, determinations, orders, and opinions, and decisions leading thereto or merged or incorporated therein, including the Court's Memorandum Opinion (D.I. 72), dated January 23, 2020, and Claim Construction Order (D.I. 83); Memorandum Opinion (D.I. 152) and Order (D.I. 153) on the parties' motions for summary judgment; Memorandum Opinion issued after trial (D.I. 188); Memorandum Order (D.I. 200) on Wonderland's post-trial motion for a permanent injunction; and Order (D.I. 218), dated April 19, 2023, denying Wonderland's motion to correct judgment.

Wonderland files this Notice pursuant to Fed. R. App. P. 4(a)(1)(A) and Fed. R. App. P. 4(a)(4)(A)(vi). Wonderland also timely filed a now-pending Motion for Clarification and/or Reconsideration of the Court's April 19, 2023 Order, *see* D.I. 219 ("Motion for Reconsideration"), and intends to notify the clerk of the court for the Court of Appeals for the Federal Circuit that the Motion for Reconsideration is pending, and that Wonderland will amend this Notice following a

decision on the Motion for Reconsideration. *See* Fed. R. App. P. 4(a)(4)(B)(i)-(iii) (providing that a notice of appeal filed before a Rule 60 motion is disposed of "becomes effective to appeal a judgment or order, in whole or in part, when the order disposing of [that Rule 60] motion is entered," and may be amended); Fed. Cir. Prac. Notes to Rule 4.

|  |  |
|---|---|
| OF COUNSEL:<br>Shamita D. Etienne-Cummings<br>Noah A. Brumfield<br>David M. Tennant<br>ALLEN & OVERY LLP<br>1101 New York Avenue, NW<br>Washington, DC 20005<br>(202) 683-3800<br><br>Bijal V. Vakil<br>Eric E. Lancaster<br>ALLEN & OVERY LLP<br>550 High Street, Second Floor<br>Palo Alto, CA 94301<br>(650) 388-1650<br><br>Dated: May 19, 2023 | Respectfully submitted,<br><br>*/s/ Emily S. DiBenedetto*<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Plaintiff* |

2