IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WONDERLAND SWITZERLAND AG,            )
                                      )
                Plaintiff,            )
                                      )
        v.                            )    C.A. No. 18-1990 (RGA)
                                      )
EVENFLO COMPANY, INC.,                )
                                      )
                Defendant.            )

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jack B. Blumenfeld of MORRIS, NICHOLS,

ARSHT & TUNNELL LLP as counsel for Defendant Evenflo Company, Inc. is hereby withdrawn.

Defendant will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and

SHOOK, HARDY & BACON L.L.P.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Defendant Evenflo Company, Inc.*

May 30, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 30, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 30, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Shamita D. Etienne-Cummings, Esquire<br>David M. Tennant, Esquire<br>James P. Gagen, Esquire<br>Alan M. Billharz, Esquire<br>Jacob Rothenberg, Esquire<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC  20036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Eric E. Lancaster, Esquire<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Bijal V. Vakil, Esquire<br>A&O SHEARMAN<br>550 High Street<br>Palo Alto, CA  94301<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Noah A. Brumfield, Esquire                                    *VIA ELECTRONIC MAIL*
A&O SHEARMAN
1101 New York Avenue, NW
Washington, DC  20005
*Attorneys for Plaintiff*


/s/ *Jeremy A. Tigan*

_____

Jeremy A. Tigan (#5239)